**KEVIN G. LITTLE**, SBN 149818
ATTORNEY AT LAW
2115 Kern Street, Suite 330
Fresno, California 93721
Telephone: (559) 486-5730
Telecopy: (559) 486-4759

Attorney for Plaintiff Jeffrey J. McCabe

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| JEFFREY J. McCABE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PATRICK J. HART (CHIEF DEPUTY DISTRICT ATTORNEY, OFFICE OF THE DISTRICT ATTORNEY, COUNTY OF KINGS); RONALD L. CALHOUN (DISTRICT ATTORNEY, COUNTY OF KINGS): THE COUNTY OF KINGS, CALIFORNIA,<br><br>　　　　　　Defendants. | 1:03-CV-5298 OWW SMS<br><br>STIPULATION RE DISCOVERY/FILING DEADLINES; ORDER<br><br>NOTICE TO COUNSEL: ORDER HAS BEEN MODIFIED<br><br>HEARING DATE: 9/19/2005<br>　　　　　　　　　　9:00 AM |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the following discovery and filing deadlines in this case will be as follows:

| | |
|---|---|
| Supplemental Discovery Deadline | July 20, 2005 |
| Supplemental Summary Judgment Opposition filing deadline | August 19, 2005 |
| Supplemental Summary Judgment Reply filing deadline | September 2, 2005 |

DATED: June 30, 2005　　　　　　　　　　LAW OFFICE OF KEVIN G. LITTLE

　　　　　　　　　　　　　　　　　　　　　/s/ Kevin G. Little
　　　　　　　　　　　　　　　　　　　　　KEVIN G. LITTLE
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

---

STIPULATION RE DISCOVERY/FILING DEADLINES; ORDER

| | |
|---|---|
| DATED: July 7, 2005 | LAW OFFICES OF WEAKLEY, RATLIFF, ARENDT & MCGUIRE, LLP<br>Attorneys for Defendants |
| | By: /s/ James J. Arendt<br>   JAMES J. ARENDT |

### **ORDER**

A HEARING ON THE MATTER WILL BE HELD ON SEPTEMBER 19, 2005 AT 9:00 AM IN COURTROOM TWO.

IT IS SO ORDERED.

DATED:___July 15, 2005__             /s/ OLIVER W. WANGER

                                     _____
                                     U.S. DISTRICT COURT JUDGE

_____
STIPULATION RE DISCOVERY/FILING DEADLINES; ORDER