**KEVIN G. LITTLE**, SBN 149818
ATTORNEY AT LAW
2115 Kern Street, Suite 330
Fresno, California 93721
Telephone: (559) 486-5730
Telecopy: (559) 486-4759

Attorney for Plaintiff Jeffrey J. McCabe

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| JEFFREY J. McCABE, | No. CIV-F-03-5298 OWW SMS |
| Plaintiff, | STIPULATION RE DISCOVERY/FILING DEADLINES; ORDER |
| v. | |
| PATRICK J. HART (CHIEF DEPUTY DISTRICT ATTORNEY, OFFICE OF THE DISTRICT ATTORNEY, COUNTY OF KINGS); RONALD L. CALHOUN (DISTRICT ATTORNEY, COUNTY OF KINGS): THE COUNTY OF KINGS, CALIFORNIA, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the new discovery and filing deadlines in this case will be as follows:

| | |
|---|---|
| Supplemental Discovery Deadline | August 12, 2005 |
| Supplemental Summary Judgment Opposition filing deadline | September 2, 2005 |
| Supplemental Summary Judgment Reply filing deadline | September 16, 2005 |

DATED: July 18, 2005                    LAW OFFICE OF KEVIN G. LITTLE

/s/ Kevin G. Little
KEVIN G. LITTLE
Attorney for Plaintiff

---

STIPULATION RE DISCOVERY/FILING DEADLINES; ORDER

| | | |
|---|---|---|
| 1 | DATED: July 19, 2005 | LAW OFFICES OF WEAKLEY, RATLIFF, ARENDT & MCGUIRE, LLP |
| 2 | | Attorneys for Defendants |

By: /s/ James J. Arendt
JAMES J. ARENDT

**ORDER**

IT IS SO ORDERED.

DATED:___August 2, 2005_

/s/ OLIVER W. WANGER
_____
U.S. DISTRICT COURT JUDGE

_____
STIPULATION RE DISCOVERY/FILING DEADLINES; ORDER