**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY J. McCABE,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK J. HART (CHIEF DEPUTY DISTRICT ATTORNEY, OFFICE OF THE DISTRICT ATTORNEY, COUNTY OF KINGS); RONALD L. CALHOUN (DISTRICT ATTORNEY, COUNTY OF KINGS); THE COUNTY OF KINGS, CALIFORNIA,<br><br>    Defendants. | No. CIV-F-03-5298 OWW SMS<br><br>ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND CONTINUANCE OF THE HEARING DATE<br><br>COURTROOM:    2<br>THE HON. OLIVER W. WANGER |

This matter came before the Court on the application of plaintiff Jeffrey J. McCabe, requesting forty-five (45) days additional time to oppose and hear defendants' motion for summary judgment. In accordance with the Court's order, plaintiff's opposition was due on September 12, 2005 and the hearing was scheduled for September 26, 2005.

Good cause appearing, the Court hereby grants plaintiff's application. Said opposition shall be due on November 10, 2005. Any reply thereto shall be filed by November 22, 2005. The new hearing date is December 12, 2005 at 10:00 a.m.

Dated:   September _21, 2005

/s/ OLIVER W. WANGER
_____
Oliver W. Wanger
United States District Judge

[PROPOSED] ORDER

[PROPOSED] ORDER                              -2-