UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. McCABE, ) | 1:03-cv-5298 OWW SMS |
| ) | |
| Plaintiff, ) | ORDER TO SHOW CAUSE RE: |
| ) | STATUS OF KEVIN G. LITTLE |
| v. ) | AS ATTORNEY OF RECORD |
| ) | |
| PATRICK J. HART (CHIEF DEPUTY ) | |
| DISTRICT ATTORNEY, OFFICE OF THE ) | |
| DISTRICT ATTORNEY, COUNTY OF ) | |
| KINGS), et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

To Plaintiff and his attorney of record, Kevin G. Little:

Kevin G. Little is ordered to appear on August 25, 2008, at 10:00 a.m. to show cause, if any he has, why he should not be relieved as counsel of record and this case transferred to new attorneys for the Plaintiff.

IT IS SO ORDERED.

**Dated:   August 1, 2008**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

1