```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


JEFFREY J. McCABE,                    )
                                      )
            Plaintiff                 )        1:03-cv-5298 OWW GSA
                                      )
    v.                                )
                                      )
PATRICK J. HART, ET.AL.               )
                                      )
            Defendant                 )    ORDER
_____  )
```

Paul J. Markovitz, M.D., Ph.D. is ordered to provide an update to his medical opinion regarding Mr. Kevin Little's current ability to practice law and perform the functions of an attorney.

The opinion shall be marked "personal and confidential" and submitted on or before August 22, 2008 at 4:00 p.m.

IT IS SO ORDERED.

**Dated:   August 21, 2008**              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE