1    James J. Arendt, Esq.          Bar No. 142937

2           THE LAW FIRM OF
         WEAKLEY, RATLIFF,
3       ARENDT & McGUIRE, LLP
          1630 East Shaw Avenue, Suite 176
4          Fresno, California   93710

5         Telephone: (559) 221-5256
          Facsimile:  (559) 221-5262
6
     Attorneys for Defendant, COUNTY OF KINGS,
7    PATRICK J. HART and RONALD L. CALHOUN

8

9
                    IN THE UNITED STATE DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12   JEFFREY J. McCABE,                  )   CASE NO. CIV-F-03-5298 OWW SMS
                                         )
13          Plaintiff,                   )
                                         )
14          vs.                          )   **ORDER GRANTING SUMMARY**
                                         )   **JUDGMENT**
15   PATRICK J. HART (CHIEF DEPUTY       )   **[FRCP 56; Local Rule 56-260]**
     DISTRICT ATTORNEY, OFFICE OF THE    )
16   DISTRICT ATTORNEY, COUNTY OF        )
     KINGS); RONALD L. CALHOUN           )
17   (DISTRICT ATTORNEY, COUNTY OF       )
     KINGS); THE COUNTY OF KINGS,        )
18   CALIFORNIA,                         )
                                         )
19          Defendants.                  )
                                         )
20   _____ )

21          The motion for summary judgment, or alternatively, summary adjudication, filed by

22   defendants, COUNTY OF KINGS, RONALD L. CALHOUN and PATRICK J. HART ("defendant

23   COUNTY"), on behalf of defendant RONALD L. CALHOUN as to plaintiff's second claim for

24   malicious prosecution was submitted on the pleadings.

25          After considering the moving and opposition papers, arguments of counsel and all other

26   matters presented to the Court, IT IS HEREBY ORDERED that the motion is GRANTED.  See also

27   *Memorandum Decision Re: Granting Defendants' Motion For Summary Judgment* (Doc. 106).

28   ///

     _____
     [Proposed] Order on
     Motion for Summary Judgment

1    The clerk of this Court is DIRECTED to enter judgment in favor of defendants, COUNTY

2    OF KINGS, RONALD L. CALHOUN and PATRICK J. HART and against plaintiff.  The clerk is

3    also DIRECTED to close this case.  It is further ordered that defendants are entitled to recover their

4    costs.

5

6    **IT IS SO ORDERED.**

7

     DATED: September 9, 2008

8

9                                              /s/ OLIVER W. WANGER
                                               United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28